FILED
CLERK, U.S. DISTRICT COURT

JAN 2 6 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

15-mJ- 00106

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:14-CR-379 |
| Plaintiff, ) | |
| v. ) | ORDER OF DETENTION AFTER HEARING |
| ANDREW AVERY, ) | (18 U.S.C. § 3142(i)) |
| Defendant. ) | |

## I.

A. ( )    On motion of the Government in a case allegedly involving:

    1. ( )    a crime of violence;

    2. ( )    an offense with a maximum sentence of life imprisonment or death;

    3. ( )    a narcotics or controlled substance offense with a maximum sentence of ten or more years;

    4. ( )    any felony - where the defendant has been convicted of two or more prior offenses described above;

    5. ( )    any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B. (X)   On motion by the Government / ( ) on Court's own motion, in a case allegedly involving:

    1. (X)   a serious risk that the defendant will flee;

    2. ( )   a serious risk that the defendant will:

      a. ( ) obstruct or attempt to obstruct justice;

      b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

C. The Government ( ) is/ ( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety of any person or the community.

## II.

A. (X)   The Court finds that no condition or combination of conditions will reasonably assure:

    1. (X)   the appearance of the defendant as required.

      ( )   and/or

    2. ( )   the safety of any person or the community.

B. ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A. the nature and circumstances of the offense(s) charged;

B. the weight of evidence against the defendant;

C. the history and characteristics of the defendant; and

D. the nature and seriousness of the danger to any person or to the community.

---

ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))

## IV.

The Court also has considered all the evidence adduced at the hearing, the arguments and/or statements of counsel, and the Pretrial Services report and recommendation.

## V.

The Court bases the foregoing finding on the following:

A. (X)    The history and characteristics of the defendant indicate a serious risk that he will flee, because:  he lacks significant ties to the Central District of California; and there are insufficient bail resources to mitigate the risk of flight.

B. ( )    The defendant poses a risk to the safety of other persons or the community because:

_____

_____

_____

_____.

## VI.

A. ( )    The Court finds that a serious risk exists that the defendant will:

    1. ( ) obstruct  or  attempt to  obstruct  justice.

    2. ( ) attempt to/ ( ) threaten, injure or intimidate a witness or juror.

## VII.

A. IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B. IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility

1    separate, to the extent practicable, from persons awaiting or serving

2    sentences or being held in custody pending appeal.

3    C. IT IS FURTHER ORDERED that the defendant be afforded reasonable

4    opportunity for private consultation with counsel.

5    D. IT IS FURTHER ORDERED that, on order of a Court of the United States

6    or on request of any attorney for the Government, the person in charge of

7    the corrections facility in which the defendant is confined deliver the

8    defendant to a United States Marshal for the purpose of an appearance in

9    connection with a court proceeding.

10

11   This Order is entered without prejudice to the defendant's right to seek bail

12   in the charging Northern District of Georgia.

13

14   DATED: January 26, 2015

_Margaret A. Nagle_

MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE